IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00221-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| versus | ) | **ORDER** |
| | ) | |
| TIMOTHY RAY MCCLAIN, | ) | |
| Defendant. | ) | |
| | ) | |

This cause is before the Court on Defendant's Motion to Seal his "Motion to Continue Sentencing" filed October 1, 2012. For good cause shown, the Court hereby Orders that Defendant's Motion to Continue Sentencing be placed under seal by the Clerk of Court.

So ordered this the 2nd day of October, 2012.

Malcolm J. Howard
Senior U.S. District Judge